IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

v.                                                           CASE NO. 1:11-cv-00085-MP-GRJ

BUTLER DEVELOPMENT CO LLC, S CLARK BUTLER PROPERTIES LAND TRUST, S CLARK BUTLER PROPERTIES LTD,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Motion for Enlargement of Time to Respond to Plaintiff's Complaint by Butler Development Co., LLC, S. Clark Butler Properties Land Trust, and S. Clark Butler Properties Ltd. Defendants request an enlargement of time until June 17, 2011 to file an answer or otherwise respond to Plaintiff's Complaint. Plaintiff does not oppose the requested extension of time. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Complaint, Doc. 4, is GRANTED.

    2.    Defendants must respond to Plaintiff's Complaint on or before June 17, 2011.

    **DONE AND ORDERED** this  *7th*  day of June, 2011

                                        *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge